UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

CEANDRICK MCCARTHY DAVIS,

           Defendant.

Case No. MJ22-061 MLP

DETENTION ORDER

Offenses charged:

    Mr. Davis is charged with (1) distribution of fentanyl, 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (2) possession of fentanyl with intent to distribute, 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (3) possession of a firearm in furtherance of a drug trafficking crime, 18 U.S.C. §§ 924(c)(1)(A)(i), and (4) unlawful possession of a firearm, 18 U.S.C. §§ 922(g)(1).

    On February 17, 2022, Mr. Davis's detention hearing was held before the undersigned. The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Davis poses a risk of nonappearance due to a history of failure to appear, ongoing criminal activity while under supervision by two different courts and other noncompliance, and because his ties to this district are unknown.

3. Mr. Davis poses a risk of danger due to the nature of the instant offenses, a history of similar conduct, violence and weapons use, ongoing criminal activity while under supervision and other noncompliance, and possible gang involvement.

4. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Davis's appearance at future court hearings while addressing the danger to other persons or the community.

5. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Davis as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Davis shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Davis shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Davis is

confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Davis, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 18th day of February, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3